# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-50568
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2020

Lyle W. Cayce
Clerk

DAVID GOAD,

      Plaintiff - Appellant

v.

JUDGE GARY L. STEEL; JUDGE DIBRELL W. WALDRIP; HEATHER
KELLER, Clerk; MEAGAN DOW, Coordinator; SAVANNAH MAURER,
Coordinator; DOES 1-10, Inclusive; DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for Securitized Asset Backed Receivables LLC Trust
2007-BR4, Mortgage Pass-Through Certificates, Series 2007-BR4; TARA
DANIEL; LORI LIANE LONG; BRANDON B. WOLF; NOVIA SALAS,

      Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:19-CV-329

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

The plaintiff, David Goad, is appealing the dismissal of his case for
failure to pay the requisite filing fee in an earlier action. The district court
reviewed the filings in both the instant case and the earlier case and found no

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 19-50568

record that Goad ever paid the filing fee. The district court therefore did not abuse its discretion in dismissing the case.

AFFIRM.